UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM HILL,

                  Plaintiff,

-against-

UNITED STATES OF AMERICA; SVEN OLSON; VINCENT ILLUZZI,

                  Defendants.

20-CV-0712 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 10, 2020
           New York, New York

                                              COLLEEN McMAHON
                                          Chief United States District Judge